**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-145ML** **DATE: June 7, 2005**

**TITLE: INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, et al. v. KEITH ROBINSON PAINTING, INC.**

**U.S. MAGISTRATE JUDGE ROBERT W. LOVEGREEN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Elizabeth Wiens, Esq.
Ian Ridlon, Esq.
John Bulman, Esq.

**PROCEEDINGS:**

Plaintiff's Motion to Attach

Attorneys argue.

**RULING:**

**Hearing continued to 6/15/05 at 2:00 p.m.**