**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-145ML** **DATE: June 16, 2005**

**TITLE: INTERNATIONAL UNION v. KEITH ROBINSON PAINTING**

**U.S. MAGISTRATE JUDGE ROBERT W. LOVEGREEN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Elizabeth Wiens, Esq.
Ian Ridlon, Esq.

**PROCEEDING:** Continuation of Motion to Attach

Attorneys argue.

**RULING:** **Motion Granted with conditions.**
**Order by Counsel to follow.**