UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195 HEALTH AND WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195, Plaintiffs, | C.A. No. 04-145ML |
| v. | |
| KEITH ROBINSON PAINTING, INC., Defendant. | |

**ORDER GRANTING PLAINTIFFS' MOTION TO ATTACH**

This matter came on for hearing before U.S. District Court Magistrate Judge Robert W. Lovegreen on June 7 and June 16, 2005. After hearing thereon, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

Plaintiffs' Motion to Attach is granted with the following conditions:

1. Any proceeds of the arbitration between O. Ahlborg & Sons, Inc. and Keith Robinson Painting, Inc. shall be immediately deposited in this Court's registry.

2. Magistrate Judge Lovegreen expresses no opinion as to which party is entitled to the proceeds of the arbitration or which party has priority over the proceeds of the arbitration.

ENTER: PER ORDER:

Robert W. Lovegreen USMJ
6/22/05

Presented by:

E. Wiens

Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
N. Kingstown, RI 02852
Tel. (401) 294-7400
Fax.(401) 294-7402

CERTIFICATION

I hereby certify that on the 21 day of June, 2005, I mailed a true copy of the within document, postage pre-paid, to:

Ian C. Ridlon
Nixon Peabody LLP
1 Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

Joseph P. Quinn, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Kerrie L Kamiski