UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195, HEALTH & WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195,

V.

KEITH ROBINSON PAINTING, INC.

V.

O. AHLBORG & SONS, INC.

C.A. No. 04-145ML

**STIPULATION**

The parties hereby stipulate that Defendant and Third Party Plaintiff, Keith Robinson Painting, Inc., shall have up to and including Tuesday, July 26, 2005, in which to file its Objection to Plaintiff's Motion for Summary Judgment.

Enter:
Mary M. Lisi
USDJ 7/20/05

Defendant and Third Party Plaintiff,
Keith Robinson Painting, Inc.

By its Attorney,

Linn F. Freedman, Esq. (#4778)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: (401) 454-1108

Dated: July 21 2005

Plaintiffs,
International Union of Painters &
Allied Trades, et al
By their Attorney,

Mark B. Gursky, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel.: (401) 294-4700

Dated: July 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I caused a true copy of the within Stipulation to be mailed to the following:

Marc B. Gursky, Esq.
Elizabeth Wiens, Esq.
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman &
Whitney, P.C.
72 Pine Street
Providence, RI 02903