UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; *et al.*, Plaintiffs,<br><br>v.<br><br>KEITH ROBINSON PAINTING, INC., Defendant. | C.A. No. 04-145 ML |
| KEITH ROBINSON PAINTING, INC., Third-Party Plaintiff,<br><br>v.<br><br>O. AHLBORG & SONS, INC., Third-Party Defendant. | |

**ENTRY OF APPEARANCE**

The undersigned, Scott K. Pomeroy, Esq., hereby enters his appearance on behalf of Third-Party Defendant O. Ahlborg & Sons, Inc. in this matter.

Respectfully submitted,

Scott K. Pomeroy (#6044)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Tel: (401)272-8080
Fax: (401)521-3555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2005, I caused to be mailed, first-class, postage-prepaid, a true and accurate copy of the within Entry of Appearance to the following:

Linn F. Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Marc Gursky, Esq.
Elizabeth Weins, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kinstown, RI 02852

Marilyn J. Charest

scott/A099/04-145ML/1220