UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** CA 04-145ML **DATE:** September 22, 2005

**TITLE OF CASE:** Int'l. Union of Painters..., et al. v. Robinson Painting

**JUDGE:** Mary M. Lisi

**COURTROOM CLERK:** John Duhamel
**COURT REPORTER:** Karen Zinni
**COURT INTERPRETER:**
**PROBATION:**

---

**COUNSEL PRESENT**

Plaintiff: Elizabeth A. Wiens
Defendants: Linn F. Freedman ( for deft Robinson)
Scott K. Pomeroy (for 3d-pty deft Ahlborg)

---

**PROCEEDINGS:** Pltfs' Motion for Summary Judgment

Ms. Wiens argues pltfs' motion. Ms. Freedman & Mr. Pomeroy respond.

Ms. Wiens replies and advises the Court that she is no longer pressing pltfs' claim re: the $75K pursuant to the state statute.

Court to issue written decision as to this motion.