UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 16 2006

Property of U.S. District Court
District of Rhode Island

INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195 HEALTH AND WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195,
Plaintiffs,

v.

KEITH ROBINSON PAINTING, INC.,
Defendant.

v.

O. AHLBORG & SONS, INC.

C.A. No. 04-145ML

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED:

Judgment is entered in favor of the International Painters and Allied Trades District Council No. 11 et. al. and against Keith Robinson Painting, Inc. for unpaid contributions, interest, and penalties pursuant to 29 U.S.C §§1132(g)(2) in the amount of $49,327.98.

Plaintiffs,
Painters District Council No. 11 et. al.,
By their Attorney,

Elizabeth A. Wiens #6827
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
N. Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: 2/16/04

Defendant,
Keith Robinson Painting, Inc.,
By its Attorney,

Linn F. Freedman # 4778
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 4541030

Dated: 2/16/06

BY THE COURT

MARY M. LISI
United States District Judge

Dated: 2/16/06

CERTIFICATION

I hereby certify that on the ___ day of January 2006, I mailed a true copy of the within document, postage pre-paid, to:

John Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903