UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CA 04-145ML International Painters Union, et al. v. O.Ahlborg & Sons**

TRIAL NOTICE

You are hereby notified that the above-captioned case is on the trial calendar for **July 5, 2006.**

Counsel are reminded that all exhibits should be pre-marked and if any court equipment (i.e. overhead projector; VCR, etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal on or before **June 28, 2006.**

Mary M. Lisi
Mary M. Lisi
United States District Judge
June 7, 2006