Case 1:04-cv-00145-ML Document 47-1 Filed 08/02/2006 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195, HEALTH & WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195,

V.

KEITH ROBINSON PAINTING, INC.

V.

O. AHLBORG & SONS, INC.

C.A. No. 04-145ML

**DEFENDANT, KEITH ROBINSON PAINTING, INC.'S MOTION TO DETERMINE DISBURSEMENT OF SETTLEMENT PROCEEDS**

Defendant, Keith Robinson Painting, Inc. hereby requests that this Court make a determination with respect to limited settlement funds available to Keith Robinson Painting, Inc. in this matter. The reasons for the Motion and an outline of settlement proceeds and obligations of Keith Robinson Painting, Inc. are set forth in the accompanying Memorandum in Support of Motion to Determine Disbursement of Settlement Proceeds.

Withdrawn at the request of Defendant Robinson.
Mary M. Lisi
USDJ 8/9/06

10069261.1

KEITH ROBINSON PAINTING, INC.

By Its Attorneys,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Date: August 2, 2006

**CERTIFICATION**

I hereby certify that on this 2nd day of August, 2006, I caused a true copy of the within Defendant's Motion to Determine Disbursement of Settlement Proceeds to be filed electronically with the Court and sent by first-class mail to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Meride Dearss