UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195, HEALTH & WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195, | : | C.A. No. 04-145ML |
| V. | : | |
| KEITH ROBINSON PAINTING, INC. | : | |
| V. | : | |
| O. AHLBORG & SONS, INC. | : | |

**JOINT MOTION TO PERMIT THE DEPOSIT OF SETTLEMENT PROCEEDS INTO THE REGISTRY OF THE COURT**

Defendant, Keith Robinson Painting, Inc. and Third Party Defendant, O. Ahlborg & Sons, Inc. through counsel, hereby request that this Court permit Third Party Defendant to deposit proceeds of a settlement entered into between the parties into the Registry of the Court and to establish an interest bearing escrow account in which to deposit such funds.

The funds in question are in dispute and therefore, the parties request that the funds be deposited into the Registry so that this Court can determine the equitable distribution of such funds.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support of Joint Motion to Permit the Deposit of Settlement Proceeds into the Registry of the Court.

KEITH ROBINSON PAINTING, INC.

By Its Attorneys,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

O. AHLBORG & SONS, INC.

By Its Attorneys,

/s/ John E. Bulman
John E. Bulman (#3147)
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
Telephone: (401) 272-8080
Fax: (401) 521-3555
E-Mail: jbulman@lmkbw.com

Date: September 14, 2006

**CERTIFICATION**

I hereby certify that on this 14th day of September, 2006, I caused a true copy of the within Joint Motion to Permit the Deposit of Settlement Proceeds into the Registry of the Court to be filed electronically with the Court and sent by first-class mail to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Linn F. Freedman

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
George H. Rinaldi *
Scott K. Pomeroy *
Andrew S. Ullucci *
Laura J. Bottaro
Michael D. Williams *

John D. Deacon, Jr. *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

* Also admitted in Massachusetts

September 13, 2006

Linn F. Freedman, Esq.
Nixon Peabody LLC
One Citizens Plaza
Providence, RI 02903

**Re: Settlement of Keith Robinson and Ahlborg disputes.**

Dear Linn:

This letter serves to confirm the terms of the settlement agreement we have reached in this matter.

1. Ahlborg will make four (4) $12,500.00 payments into the "Registry of Court" account established by the federal court clerk's office in the Civil Action # 04-145ML on the following dates:
   - -September 15, 2006
   - -October 15, 2006
   - -November 15, 2006
   - -December 15, 2006

2. Ahlborg's first payment will be made upon creation of the aforesaid account, but all other payments will be made on the dates set forth above.

3. Robinson, individually and on behalf of the named corporation, shall execute and deliver a general release to Ahlborg.

4. All litigation matters between Robinson and Ahlborg, except the case pending in ~~Kent~~ Providence (RH) County Superior Court involving Sherwin Williams as plaintiff, shall be dismissed, with prejudice as to Ahlborg.

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
43 Thorndike Street Cambridge, MA 02141 (617) 494-8070

www.lmkbw.com

5. Ahlborg shall have no further liability to Robinson upon payment as set forth in Paragraphs 1 and 2 above.

If this conforms to your understanding, kindly sign in the space below and return a copy to me. Thank you very much.

Sincerely,

John E. Bulman

________________________________

Linn F. Freedman, Esq.

j/Ahlborg/robinson/091306LtFreedman