UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195, HEALTH & WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195, | : | C.A. No. 04-145ML |
| V. | : | |
| KEITH ROBINSON PAINTING, INC. | : | |
| V. | : | |
| O. AHLBORG & SONS, INC. | : | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO PERMIT THE DEPOSIT OF SETTLEMENT PROCEEDS INTO THE REGISTRY OF THE COURT**

Defendant, Keith Robinson Painting, Inc. and Third Party Defendant, O. Ahlborg & Sons, Inc. hereby respectfully request that this Court grant their Joint Motion to Permit the Deposit of Settlement Proceeds into the Registry of the Court and further request that the Court authorize the Clerk to establish an interest bearing escrow account in order for the settlement proceeds to be deposited into the Registry of the Court.

This litigation has been pending between the parties for some time. Despite numerous good faith attempts at settlement, with the assistance of Magistrate Lovegreen and this Court in general, the matter was unable to be settled for an amount that would satisfy all parties.

Through the efforts of counsel for Defendant Keith Robinson, and despite its belief that it has little or no liability, Third Party Defendant has reluctantly agreed to make periodic payments over several months to settle all matters between it and Keith Robinson Painting, Inc. Keith Robinson Painting, Inc. has agreed to accept the settlement offer. As a condition for the periodic payments, Defendant Keith Robinson has agreed to dismiss with prejudice this and other actions. However, the proceeds of the settlement do not fully satisfy all obligations of Keith Robinson Painting, Inc.

Therefore, the parties hereby request that this Court establish an account and permit O. Ahlborg & Sons, Inc. ("Ahlborg") to disburse settlement proceeds into an interest bearing account in the Registry of the Court pursuant to the settlement agreement outlined in Exhibit A. Ahlborg intends to deposit at total of $50,000 into the Registry in increments of $12,500 on the 15th of each month commencing in September (once the account has been established).

It is the intention of Keith Robinson Painting, Inc. to seek the direction of the Court with respect to the disbursement of the settlement proceeds once all of the proceeds have been deposited into the Registry of the Court.

Accordingly, for the foregoing reasons, Defendant, Keith Robinson Painting, Inc. and Third Party Defendant, O. Ahlborg & Sons, Inc. respectfully request that this Motion be granted and direct the Clerk to establish an interest bearing account and permit O. Ahlborg & Sons, Inc. to deposit settlement funds into the account pursuant to the payment schedule set forth in Exhibit A.

KEITH ROBINSON PAINTING, INC.

By Its Attorneys,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

O. AHLBORG & SONS, INC.

By Its Attorneys,

/s/ John E. Bulman
John E. Bulman (#3147)
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
Telephone: (401) 272-8080
Fax: (401) 521-3555
E-Mail: jbulman@lmkbw.com

Date: September 14, 2006

## CERTIFICATION

I hereby certify that on this 14th day of September, 2006, I caused a true copy of the within Memorandum in Support of Joint Motion to Permit the Deposit of Settlement Proceeds into the Registry of the Court to be filed electronically with the Court and sent by first-class mail to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Linn F. Freedman