UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 05 2006
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195, HEALTH & WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195,

C.A. No. 04-145ML

V.

KEITH ROBINSON PAINTING, INC.

V.

O. AHLBORG & SONS, INC.

**ORDER DIRECTING DEPOSIT OF SETTLEMENT PROCEEDS INTO THE REGISTRY OF THE COURT**

After reviewing the Joint Deposit to Permit the Deposit of Settlement Proceeds into the Registry of the Court and the supporting Memorandum, the Court hereby ALLOWS the Joint Deposit to Permit the Deposit of Settlement Proceeds into the Registry of the Court.

Accordingly, the Court hereby directs and orders O. Ahlborg & Sons to deliver to the Clerk of this Court a check in the amount of Twelve Thousand Five Hundred Dollars ($12,500) the 15th of each month beginning in September until a deposit of Fifty Thousand Dollars ($50,000) is reached. The checks are to be made payable to the Clerk

10145321.1

of the U.S. District Court. The Clerk shall thereafter deposit such checks into a Money Market Account at the Bank of America, 111 Westminster Street, Providence, Rhode Island, 02903.

Without further order of this Court, the Clerk shall deduct from the income earned on the funds deposited a Court fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction.

SO ORDERED,

ENTER:

MARY LISI
United States District Judge

BY ORDER:

Deputy Clerk

October 10, 2006

Presented by:

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614
lfreedman@nixonpeabody.com

Dated: October 4, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, I caused a true copy of the within Order Directing Deposit of Settlement Proceeds Into the Registry of the Court was mailed electronically and by first class mail to:

John E. Bulman, Esq. jbulman@lmkbw.com
Little, Medeiros, Kinder,
Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Elizabeth A. Wiens, Esq. lizwiens@yahoo.com
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852

Susan Duvernont