**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO.11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195 HEALTH AND WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195, Plaintiffs, | : | |
| v. | : | C.A. No. 04-145ML |
| KEITH ROBINSON PAINTING, INC., Defendant. | : | |

**MOTION TO DISBURSE FUNDS**

Plaintiff International Painters and Allied Trades District Council 11, et. al. hereby moves this Honorable Court to enter an Order disbursing the funds it is currently holding is escrow to Plaintiffs. For grounds, Plaintiffs aver that they have obtained a judgment against Defendant in the amount of $49,327.98 (excluding applicable interest, costs, and attorneys' fees). Pursuant to an Order of this Court entered on October 10, 2006, the Court is currently holding funds in the amount $25,000 to satisfy said judgment. Moreover, on June 16, 2005, U.S. District Court Magistrate Judge Robert W. Lovegreen granted Plaintiffs' Motion to Attach Defendant's assets, including the proceeds of any arbitration between the Defendant Robinson and Third-party Defendant Ahlborg.

Therefore, Plaintiffs request that all funds being held in escrow by the Court in this matter be forwarded to Plaintiffs to be applied against the judgment debt.

Respectfully submitted,
On behalf of Plaintiff,
By its attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: October 27, 2006

CERTIFICATION

I hereby certify that on the 27th day of October, 2006, I caused a true copy of the within Motion to Disburse Funds to be filed electronically with the Court and served electronically on the following parties of record. The document is available for viewing and downloading with the ECF system.

Linn F. Freedman, Esq.
Nixon Peabody LLP
1 Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Elizabeth Wiens