**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO.11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195 HEALTH AND WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195, Plaintiffs, | : | |
| v. | : | C.A. No. 04-145ML |
| KEITH ROBINSON PAINTING, INC., Defendant. | : | |

**<u>OBJECTION TO DEFENDANT'S</u>**
**<u>CROSS-MOTION TO DISBURSE FUNDS</u>**

Plaintiff International Painters and Allied Trades District Council 11, et. al. hereby object to Defendant's cross-motion to disburse the funds currently being held in escrow by this Court to Nixon Peabody LLP. Plaintiffs are unaware of the legal bases, if any, for Defendant's claim and reserve the right to supplement their Objection when such bases are provided. However, regardless of the basis for Defendant's Motion, it has not provided this Court with any evidence of a contract between Defendant and Nixon Peabody and any basis by which to determine if the attorneys' fees it expended are reasonable.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: November 1, 2006

CERTIFICATION

I hereby certify that on the 1st day of November, 2006, I caused a true copy of the within Objection to Cross Motion to Disburse Funds to be filed electronically with the Court and served electronically on the following parties of record. The document is available for viewing and downloading with the ECF system.

Linn F. Freedman, Esq.
Nixon Peabody LLP
1 Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

John E. Bulman, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Elizabeth Wiens