UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO.11; DISTRICT COUNCIL NO. 11 APPRENTICESHIP & TRAINING FUND; DISTRICT COUNCIL NO. 11 LABOR MANAGEMENT PARTNERSHIP FUND; RHODE ISLAND PAINTERS & ALLIED TRADES, LOCAL UNION 195 HEALTH AND WELFARE FUND; and RICHARD J. TROUVE, in his official capacity as Business Representative for District Council No. 11 and Painters Local 195 | : | |
| v. | : | C.A. No. 04-145ML |
| KEITH ROBINSON PAINTING, INC. | : | |

**ORDER DISBURSING FUNDS**

This matter came on for hearing before U.S. Magistrate Judge Lincoln D. Almond on December 4, 2006. On December 21, 2006, Magistrate Judge Almond issued a Memorandum and Order granting Plaintiffs' Motion to Disburse Funds and Denying Defendant's Cross-Motion to Disburse Funds. Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

The Funds shall be disbursed as follows:

1. The amount of $49,327.98 shall be made payable to the International Union of Painters and Allied Trades Local 195 Health and Welfare Fund. Said check shall be forwarded to Plaintiffs' Attorney at the following address: Elizabeth A. Wiens, Gursky Law Associates, 420 Scrabbletown Road, Suite C, North Providence, Rhode Island 02852.

2. The amount of $672.02 plus interest shall be payable to Nixon Peabody LLP, as Attorney for Keith Robinson Painting, Inc. Said check shall be forwarded to Defendant's Attorney at the following address: Linn Freedman, Nixon Peabody LLP, 1 Citizens Plaza, 7th Floor, Providence, Rhode Island 02903.

ENTER: PER ORDER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
January 17, 2007

/s/ Jeannine Noel
JEANNINE NOEL
Deputy Clerk